ACCEPTED
06-14-00110-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
7/27/2015 9:45:41 AM
DEBBIE AUTREY
CLERK



# Will Ramsay
## 8th Judicial District Attorney
### Delta, Franklin, Hopkins Counties

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
7/27/2015 9:45:41 AM
DEBBIE AUTREY
Clerk

July 27, 2015

Ms. Debra K. Autrey, Clerk
Court of Appeals, Sixth Appellate District
100 North State Line Avenue #20
Texarkana, Texas  75501
*Via Online Filing*

      Re:  *State v. Cody Lang Thomas; Appellate Case Number 06-14-00110-CR*

Dear Ms. Autrey:

      Please allow this letter to serve as notice that the State of Texas will not be filing a response brief in the above-referenced cause.

      I apologize that this letter arrives to the Court at the end of an extension period.  I will do my best to see that this is an exception to my practice before the Court.

      If there are any questions, please do not hesitate to contact me.

      Thank you for your attention to this matter.

                  Sincerely,

                  WILL W. RAMSAY
                  8th Judicial District Attorney

cc:  file